UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK CROUCH,

        Plaintiff,

v.

DEBT MANAGEMENT PARTNERS, LLC et al.,

        Defendants.
_____/

Case No. 1:15-cv-544

HON. PAUL L. MALONEY

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Mark Crouch, through his attorney of record, and defendants Debt Management Partners, LLC, Valmar Holdings, Inc., Adam Donald March and Daniel J. Valentine, through their attorneys of record, being all of the parties who have appeared in this action, stipulate to the immediate dismissal of this action, with prejudice as to all parties, and with no award of costs to any party.

Dated: July 6, 2015

/s/ Phillip C. Rogers
Phillip C. Rogers (P34356)
Attorney for Plaintiff
40 Pearl Street, N.W., Suite 336
Grand Rapids, Michigan 49503-3026
(616) 776-1176
ConsumerLawyer@aol.com

Dated: July 6, 2015

/s/ Jason J. Thomas
Jason J. Thomas (P71186)
Kaufman, Payton & Chapa
30833 Northwestern Highway, Suite 200
Farmington Hills, Michigan 48334
(248) 626-5000
jjthomas@kaufmanlaw.com